

**ZACHERY W. CARTER**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Okwede Okoh
Special Assistant Corporation Counsel
phone: (212) 374-3271
fax: (212) 356-3509
email: ookoh@law.nyc.gov

July 15, 2014

BY ECF
Honorable Judge Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ashley Ramos v. City of New York, et al., 14 CV 2373 (PKC)(VVP)

Dear Magistrate Judge Pohorelsky:

I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case on behalf of defendant City of New York. I write to respectfully request that the initial conference, currently scheduled for 10:00 a.m. on Monday, July 24, 2014, be adjourned to a later date. I will be traveling out of the country, on short notice, due to a family emergency. This adjournment is not expected to cause unnecessary delay in this case as the scheduling order has not been set to date. Plaintiff's counsel, Baree Fett, consents to this request.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/

Okwede Okoh
Special Assistant Corporation Counsel
Special Federal Litigation Division

cc: **BY ECF**
Baree N. Fett, Esq.